**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:     Hani Hafiz Ibrahim Qutiefan v. Lubna Abdelziz Safi a/k/a Lubna Aziz Safi

Appellate case number:   01-18-00425-CV

Trial court case number: 13-DCV-206211

Trial court:             505th District Court of Fort Bend County

Appellant, Hani Hafiz Ibrahim Qutiefan, has filed a third motion for extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Appellant's motion for rehearing was initially due on August 20, 2021. Appellant filed two motions requesting an extension of two years in which to file a motion for rehearing. The Court granted these motions in part by extending appellant's time to file a motion for rehearing by thirty days each time. The Court's last order warned appellant that no further extensions would be granted. Appellee Lubna Abdelziz Safi a/k/a Lubna Aziz Safi has filed a response in opposition to appellant's request.

Accordingly, the Court **denies** appellant's motion to extend time to file a motion for rehearing.

It is so ORDERED.

Judge's signature:   _/s/  April L. Farris_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  _December 30, 2021_____